STATE and F. E. FOWLER *v.* ELIAS ROSE.

Where a child is born in wedlock the law presumes it to be legitimate, and the presumption can only be removed by proof of impossibility of access, or impotency of the husband.

PROCEEDING in *Bastardy* tried before WATTS, J., at Spring Term, 1876, of JOHNSON Superior Court.

The defendant was recognized to appear at Spring Term, 1876, when he moved the Court to quash the proceeding, and in support of the motion introduced evidence showing that at the time of the birth of the child the prosecutrix was a married woman.

The Court allowed the motion and the State appealed.

*Attorney General Hargrove*, for the State.
*A. M. Lewis*, for the defendant.

READE, J.   There is no error in the order appealed from. Where a child is born in wedlock, the law presumes it to be legitimate; and this presumption can only be removed by proof of impossibility of access or impotency of the husband.

This will be certified, that the proceedings may be quashed.

PER CURIAM.                          Judgment affirmed.